No. 68533.—Sponholz et al. *v.* United States, protests 62/12689, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweight snow scenes similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68534.—Marset, Inc. *v.* United States, protests 61/5246, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of certain varnish and ink pastes similar in all material respects to those the subject of *Marset, Inc.*, and *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (50 Cust. Ct. 127, C.D. 2400), the claim of the plaintiff was sustained.

No. 68535.—International Trade Development Corp. *v.* United States, protest 62/19720 (Boston).

Opinion by WILSON, J.   The protest was dismissed.   Abstract 54925 followed.

BEFORE THE SECOND DIVISION, MAY 12, 1964

No. 68536.—Hakansson Industries, Inc. *v.* United States, protest 63/906–12355 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.